**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEUGARDO MARTINEZ, | ) | CASE NO. CV 06-00189 DOC (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| L.E. SCRIBNER, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Second Amended Petition of LEUGARDO MARTINEZ, for a writ of habeas corpus. Having reviewed the Second Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Second Amended Petition is denied and the action is dismissed with prejudice.

DATED: June 3, 2009

*/s/ David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE